UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PHILIP E. POOR,<br><br>        Plaintiff,<br>    v.<br><br>MARIO BANA, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-02206 LB<br><br>**ORDER (1) TO SHOW CAUSE AND (2) REQUIRING COUNSEL'S IN-PERSON APPEARANCE AT THE APRIL 18, 2013 FURTHER CASE MANAGEMENT CONFERENCE** |

The court held a Further Case Management Conference in this action on March 14, 2013. 3/14/2013 Minute Order, ECF No. 28. At it, the court set another Further Case Management Conference for April 18, 2013 and ordered the parties to file a Joint Case Management Conference Statement no later than April 11, 2013. *Id.* To date, and despite the court's law clerk sending the parties' counsel a reminder via email three days ago, the parties' counsel have yet to file a Joint Case Management Conference Statement. Accordingly, the court **ORDERS** Plaintiff's counsel and Defendants' counsel to show cause why they should not be sanctioned for failing to comply with the court's order. Further, the court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff and the parties' counsel shall respond to this order to show cause in writing no later than 5:00 p.m. on April 16, 2013. Further, the court **ORDERS** Plaintiff's counsel Adam Wang and Defendants' counsel Tyler Paetkau to appear in person at the Further Case Management Conference on April 18, 2013 at 11:00 a.m.

///

C 12-02206 LB
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: April 15, 2013

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 12-02206 LB
ORDER TO SHOW CAUSE

2