UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PHILIP E. POOR,<br><br>               Plaintiff,<br>    v.<br>MARIO BANA, et al.<br>              Defendants.<br>_____/ | No. C 12-02206 LB<br><br>**ORDER CONTINUING THE JUNE 27, 2013 CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF No. 35-37] |

The court received the parties' responses to the Order to Show Cause issued on June 21, 2013. Defendants' Response, ECF No. 36; Plaintiff's Response, ECF No. 37. Upon review of them, the court **CONTINUES** the case management conference currently set for June 27, 2013 to August 29, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties' counsel are directed to appear at it in person. The court will address the court's Order to Show Cause, and the parties' responses to it, at that time.

The court also makes clear that it previously referred the parties to Judge Cousins for a second settlement conference. *See* 4/18/2013 Minute Order, ECF No. 34 at 1. The parties are directed to meet and confer and to contact Judge Cousins's chambers to schedule one.

**IT IS SO ORDERED.**

Dated: June 25, 2013

                                                    _____
                                                    LAUREL BEELER
                                                    United States Magistrate Judge