1

2

3

4

5

6

7

8                       UNITED STATES  DISTRICT COURT

9                        Northern District of California

10                          San Francisco Division

11   PHILIP E POOR,                            No. C12-02206 LB

12                    Plaintiff,               **ORDER REGARDING THE PARTIES'**
          v.                                   **DISCOVERY DISPUTE CHARTS**
13                                             **DATED OCTOBER 10, 2013 AND**
     MARIO BANA, et al.,                       **OCTOBER 14, 2013**
14
                    Defendants.                [Re: ECF Nos. 47, 48]
15   _____/

16      This order addresses the discovery disputes outlined in the charts filed on October 10, 2013 and

17   October 14, 2013.  *See* ECF Nos. 47, 48.

18      One, fact discovery closed on April 5, 2013.  From the submissions and the prior court hearings,

19   it does not appear that Mr. Poor's counsel, Mr. Wang, propounded discovery.  His submissions do

20   not establish good cause for failure to comply with the discovery deadlines to warrant an extension

21   of them.  *See* N.D. Cal. Civ. L.R. 37-3; Order, ECF No. 46 at 1.  Still, the court allows the discovery

22   set forth below, limited to Mr. Poor and not including other employees.  The court understands that

23   Mr. Wang said that he intended to file a motion for FLSA collective certification, *see* ECF Nos. 27

24   and 30, but he never did so, and the deadline for filing dispositive motions has passed.

25      Two, Defendants have agreed to produce Mr. Poor's payroll records.  They must produce these

26   anyway under Rule 26 and if they have not done so, they must do so by November 26, 2013.  They

27   must produce payroll records and any other documents that show hours that Mr. Poor worked and

28   how much he was paid.  If that information is contained in Mr. Poor's EDD and worker's

C 12-02206 LB
ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1  compensation records, and if Defendants have those records, they must produce them too.  Mr. Poor

2  has not shown how insurance records would show whether he worked, but if they do, then

3  Defendants must produce them to the extent that they show that.  Any confidentiality concerns can

4  be addressed by a protective order.

5      Three, as to the depositions of Mr. Bana and Ms. Bana regarding Mr. Poor's work, Defendants

6  say that the relevant area was covered in the *Garcia* case.  Certainly the facts are overlapping in the

7  two cases.  Nonetheless, the court will allow depositions totaling four hours for both witnesses

8  limited to Mr. Poor only.  Given the production deadline of November 26, 2013, Mr. Poor may not

9  conduct the depositions until after production or during Thanksgiving week, which means that

10  depositions likely need to be scheduled between December 2, 2013 and December 13, 2013 unless

11  counsel agree on another date.  Mr. Poor must notice depositions properly under the rules and as

12  contemplated by this order, and if he does not, he cannot take them.

13      Four, if Mr. Poor wants to depose Mr. Arceo, he may do so only about Mr. Poor and only for two

14  hours, and he must notice the deposition properly and on the schedule in the previous paragraph.

15      Five, Mr. Poor's motion for a site inspection is denied without prejudice on this record.  He

16  offers no intelligible reason why he should get one under the facts of this case.  He can ask about his

17  RV's location in the depositions and in the context of the photographs of the site that he already has.

18  If after the depositions, he wants to offer an intelligible reason why he needs to see the site in

19  person, he may do so.  The parties must raise the issue with the court jointly no later than December

20  12, 2013.

21      Six, Mr. Poor's other requests for discovery are denied.

22      Seven, the court vacates the November 14, 2013 CMC and resets it for December 19, 2013 at

23  11:00 a.m.  An updated case management conference statement is due by December 12, 2013.

24      This disposes of ECF Nos. 47 and 48.

25  **IT IS SO ORDERED.**

26  Dated: November 12, 2013

27  LAUREL BEELER
   United States Magistrate Judge

28

C 12-02206 LB
ORDER                                    2