1  Charles J. Smith (SBN 72700)
2  Tyler M. Paetkau (SBN 146305)
   Olga Savage (SBN 252009)
3  HARTNETT, SMITH & PAETKAU
   777 Marshall Street
4  Redwood City, CA 94063
   Telephone:    (650) 568-2820
5  Facsimile:    (650) 568-2823

6  Attorneys for Defendants and Counterclaimants
7  MARIO BANA dba IDEAL RV
   & TRAILER SUPPLY and NANCY
8  BANA dba IDEAL RV & TRAILER
   SUPPLY
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  PHILIP E. POOR on behalf of himself and          **CASE NO. CV12-02206-LB**
    others similarly situated,
14                                                    **STIPULATION OF DISMISSAL OF**
                                                      **ACTION WITH PREJUDICE (Fed. R.**
15                    Plaintiff,                      **Civ. P. 41)**

16         vs.

17  MARIO BANA DBA IDEAL R V &
18  TRAILER SUPPLY, & NANCY BANA
    DBA IDEAL R V & TRAILER SUPPLY
19  DOE 1 to 10

20                    Defendant.

21

22  MARIO BANA DBA IDEAL RV &
23  TRAILER SUPPLY & NANCY BANA
    DBA IDEAL RV & TRAILER SUPPLY,
24

25                    Counter-Claimants,

26         vs.

27  PHILIP E. POOR and ROES 1-30, inclusive,
28

                      Counter-Defendants.

                                    0

**STIPULATION**

WHEREAS, Plaintiff and Counter-Defendant PHILIP E. POOR ("Poor") filed his Complaint against Defendants and Counter-Claimants MARIO BANA dba IDEAL RV & TRAILER SUPPLY and NANCY BANA dba IDEAL RV & TRAILER SUPPLY ("Ideal RV") on May 2, 2012, alleging failure to pay overtime wages and violation of California Business and Professions Code section 17200.

WHEREAS, Ideal RV filed its Counterclaim against Poor on October 5, 2012, alleging conversion.

WHEREAS, Plaintiff and Counter-Defendant PHILIP E. POOR and Defendants and Counter-Claimants MARIO BANA dba IDEAL RV & TRAILER SUPPLY and NANCY BANA dba IDEAL RV & TRAILER SUPPLY (collectively, "the Parties") have agreed to resolve and settle this action and have entered into a confidential settlement agreement.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their designated counsel of record that the above-captioned action, including all claims alleged in the Complaint filed by Plaintiff/Cross-Defendant and all counter-claims alleged in the Cross-Complaint filed by the Cross-Complainants/Defendants, should be dismissed WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further stipulate that the Parties shall bear their own attorneys' fees, expenses and costs.

IT IS FURTHER STIPULATED that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement.

IT IS SO STIPULATED.

Date: January 28, 2014                          /s/ Adam Wang
                                    _____
                                              Adam Wang
                                    Attorney for Plaintiff and Counter-
                                              Defendant
                                           PHILIP E. POOR

Date:  January 28 , 2014

_____ /s/ Olga Savage
Charles J. Smith
Tyler M. Paetkau
Olga Savage
Attorneys for Defendants and Counter-
Claimants
MARIO BANA dba IDEAL RV
& TRAILER SUPPLY and NANCY
BANA dba IDEAL RV & TRAILER
SUPPLY

PURSUANT TO THE ABOVE STIPULATION BY THE PARTIES, IT IS SO ORDERED.

February 3, 2014
Date: ~~January~~ ___, 2014

_____
The Honorable Laurel Beeler
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28